No. 32,917

Elvin Wilson, *Appellant,* v. Helen Woolverton, *Appellee.*

(56 P. 2d 460)

Opinion filed April 17, 1936.

*J. Glenn Logan* and *Harold E. Doherty,* both of Topeka, for the appellant.
*Robert Stone, James A. McClure, Robert L. Webb, Beryl R. Johnson* and *Ralph W. Oman,* all of Topeka, for the appellee.

*Per Curiam:* Order to make additional party, and for additional party to set up claim, determined no question of law or fact in favor of or against anybody and is not an appealable order.